UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

JACOB ANGELO MASSEY,

Plaintiff,

v.

JAMES DZURENDA, et al.,

Defendants.

Case No. 3:25-cv-00514-MMD-CLB

ORDER

On September 22, 2025, pro se Plaintiff Jacob Angelo Massey, then an inmate in the custody of the Nevada Department of Corrections ("NDOC"), initiated this prisoner civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The Court has not yet screened the Complaint. The Court takes judicial notice that Plaintiff's attorney in his habeas case filed a notice of suggestion of Plaintiff's death. *See Case No.* 3:24-cv-00385-MMD-CSD at ECF No. 33.

Under the Federal Rules, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). As such, if there is no motion for substitution within 90 days of the date of this order, the Court will dismiss the case.

For the foregoing reasons, it is ordered that the Court will dismiss this case in 90 days if there is no motion to substitute filed pursuant to Federal Rule of Civil Procedure 25(a)(1).

DATED THIS 25th Day of August 2026

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE